# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>v.<br><br>Little Caesars No 01232-00009, et al.,<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER:<br><br>2:20-cv-09949-VAP (JEMx)<br><br>**NOTICE OF<br>MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for March 3, 2021 at 10:00 ☑ a.m. / ☐ p.m.

**LOCATION:** via Zoom

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** 1/13/2021

**Panel Mediator:** /s/ Mark B. Helm
**Address:** Munger, Tolles & Olson LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
**Phone:** 213-683-9187